**DISMISS and Opinion Filed July 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00111-CV**

**LAQUITA GAGE, Appellant**
**V.**
**S2 VHH LLC D/B/A VOLARA APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-05192-E**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Smith
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. After appellant failed to respond to our request about the reporter's record, we ordered the appeal submitted without a reporter's record and appellant's brief to be filed by June 13, 2021. By postcard dated June 16, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* Tᴇx. R. Aᴘᴘ. P. 38.8(a)(1); 42.3(b), (c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


210111F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LAQUITA GAGE, Appellant

No. 05-21-00111-CV      V.

S2 VHH LLC D/B/A VOLARA
APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-20-05192-
E.

Opinion delivered by Justice
Goldstein. Justices Molberg and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered July 26, 2021